# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUAN CASTANEDA,

    Plaintiff,

vs.

LEE GRIGGS,

    Defendant.

Case No. 2:10-CV-01517-KJD-(LRL)

**ORDER**

    The court determined that plaintiff's complaint failed to state a claim upon which relief can be granted, and the court ordered plaintiff to file an amended complaint. Order (#7). Plaintiff has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to state a claim upon which relief can be granted and for plaintiff's failure to file an amended complaint. The clerk of the court shall enter judgment accordingly.

DATED: July 11, 2011

_____
KENT J. DAWSON
United States District Judge